## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KATHLEEN ASSIMACK and**
**THEMISTOCLES W. ASSIMACK,**

    **Plaintiffs,**

v.                                         Case No.  8:04-cv-2436-T-30MAP

**J.C. PENNEY CORPORATION, INC.,**

    **Defendant.**
_____/

### ORDER OF DISMISSAL

    The Court has been advised by Plaintiffs' counsel that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on November 22, 2005.

                                                               */s/ James S. Moody, Jr.*
                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2436.dismissal.wpd